In re HITCHINS' ESTATE. (Supreme Court, Appellate Division, Third Department.

September 20, 1904.) In the matter of the estate of John Hitchins, deceased. No opinion. Motion to dismiss appeal denied, and appellant granted leave to serve appeal papers within five days, on payment of $10 costs.